IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| AUGUST DURANTE, JR. | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | No. 10-1473 |
| | : | |
| TREDYFFRIN TOWNSHIP | : | |

## ORDER

AND NOW, this 28th day of March, 2011, it is ORDERED Defendant Tredyffrin Township's

Motion for Summary Judgment (Document 19) is GRANTED. Judgment is entered in favor of

Defendant Tredyffrin Township and against Plaintiff August Durante, Jr.

The Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:

Juan R. Sanchez, J.